## Exhibit A to the Complaint

Case No. 4:21-cv-3313

**Location:** Houston, TX  
**Total Works Infringed:** 57

**IP Address:** 98.194.44.145  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46 File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 09-17-2021 18:16:31 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 2 | Info Hash: 010C537E2113A842DD456D9CE3CF5742EEE3A452 File Hash: 64BCB6327C96448427080E9FFE7FC8FE4FA29CA1F95DFD012EF12D5E3BB60283 | 09-17-2021 18:14:39 | Tushy | 02-10-2019 | 03-24-2019 | PA0002184028 |
| 3 | Info Hash: 3B913AE933B404738173DAD1D33E916D0867240A File Hash: 488BDB6BC01026126CF0B5F73B358299761D41C158CDFF8E9791229686F73D5A | 09-17-2021 18:13:46 | Tushy | 11-02-2017 | 12-05-2017 | PA0002098020 |
| 4 | Info Hash: 8D5DE484015A72B7168653996329D73FC5BBAC11 File Hash: 47E82460DF447B6CC20F312A9ACDA0B30583BCB22B8BB2C354DEC4B420044AD9 | 09-17-2021 18:13:06 | Tushy | 12-17-2017 | 01-24-2018 | PA0002101765 |
| 5 | Info Hash: 5DC77020A12CCE492606F81A89809CF2A2F3273E File Hash: F5F747A4531B9217540F7D1E15F5C1117D0122BC044F5EC6380653DB1233B56C | 09-17-2021 18:12:21 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 6 | Info Hash: 4250487D9BBC3E487E7A757F032DB819FDA1292C File Hash: C908CEAC1EFC4FD506BA0EDB7440D378F8844D7C4493C0CB1AEBDA2A65C29DBB | 09-15-2021 19:02:28 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 7 | Info Hash: CEE95ED9C104A469ADF98BDBA7BD9D88100B6ED3 File Hash: 583F3A4BB9D82D86CCB825D7150F7BD34BCA38C20295A468675AC2C3063EF76B | 09-15-2021 18:46:55 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 8 | Info Hash: 284C2AF40F8FC8C17644D3517CF5AB4A239FE012 File Hash: 3092BEA27C99E290F6F76B2A4F0B54B8080C88115B875C26AB07367E97309E04 | 09-15-2021 18:45:29 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 14AE2BD4804167B24A4615855DAF3E0832D3F7A4<br>File Hash: 38B39A3472B4DE2E6FCA4A4C136936BDFC395BE38F45807B3884E3BBDBBFB02D | 09-15-2021 18:03:14 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 10 | Info Hash: A9D72898F59A38BD6BE680AB25DFBDDC450837AF<br>File Hash: E9822B37E4B39490EEC209FF6DDAFBA77E8776075369F25C361AB8194857EA3E | 09-15-2021 18:01:44 | Tushy | 07-18-2021 | 08-02-2021 | PA0002305087 |
| 11 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash: 673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 09-07-2021 19:18:31 | Blacked | 09-04-2021 | 09-21-2021 | PA0002312679 |
| 12 | Info Hash: 454F1DF89C04DC37D4751C74FDA2BD1524A7BF87<br>File Hash: 5AB87E700F6CE71C5A22ED3D85E819CA76CFCFFEB03C2C9A518AEAEE5BD5BD0C | 08-21-2021 07:24:03 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 13 | Info Hash: D28DB73522EC886FE3C7FF121F08DA1296C83B70<br>File Hash: 296984FF61F9590FBD6049CF61271D6BFAE9D17CD3D76DAA5B4CAFD611B822C4 | 07-05-2021 11:35:53 | Blacked Raw | 06-28-2021 | 07-08-2021 | PA0002300664 |
| 14 | Info Hash: 73ABAE3A120B61B747B6127B54F0566E9B0E2964<br>File Hash: C355CCCE582DE2FCCC86E4715BA889C02F95C74670176A6CFAC2821FC104F84D | 05-25-2021 05:08:01 | Tushy | 09-23-2019 | 10-07-2019 | PA0002205466 |
| 15 | Info Hash: 07C2651DB7F9E45B2969DD074192258A70307A24<br>File Hash: 76E5085D327451D657698BCD82B2F5DC2A26479DF8F58DEB0236CF6E5DF1784B | 05-05-2021 23:52:23 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 16 | Info Hash: 195379C572F8798AFFC43F3BDBF19943F1A928E8<br>File Hash: 49E06E101F41A4B4072639E400922C4EB49157432793E33EF74D2666E0191047 | 05-05-2021 23:51:18 | Vixen | 07-13-2017 | 08-10-2017 | PA0002046873 |
| 17 | Info Hash: EF8E992865D6DFF0A5496AEC142A48227D8C2F6D<br>File Hash: D3C6BE23246FE1168D496C94BEA9727BC1793305B262F1A96A6A27D199477679 | 05-05-2021 23:50:55 | Vixen | 05-09-2017 | 06-22-2017 | PA0002039298 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 06AF21099D66C78CF6AC619ACC6CB6DE49E6C40E<br>File Hash: F5A8B70FED81AAC149CE6599EC9D7C53F419979947607F67845FB5613D705FB2 | 05-05-2021 23:50:55 | Vixen | 02-13-2018 | 03-02-2018 | PA0002104793 |
| 19 | Info Hash: 1131137E07C4026A3A78DCFED97242444284D2DE<br>File Hash: 462B7D5D68F0B444C8B9207058FA80D435FF6BB40F42A5037402819D7E4846B3 | 05-05-2021 21:36:31 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 20 | Info Hash: 99C0003686046E848CDB8C0D2B09F797C1702974<br>File Hash: C3A3E8AE9285F94208B9F7A8DD06DCEEB8259C3E39B3F243FB6A16329FCB983B | 04-30-2021 07:49:06 | Vixen | 09-11-2018 | 10-16-2018 | PA0002127780 |
| 21 | Info Hash: 258961E123E520633A96CDF11E8E6F60E233C816<br>File Hash: A116D3BED05F6DD226D58A71AFCD167970C507F1B10DCD4306EA08F55BFE4621 | 04-30-2021 07:48:53 | Vixen | 07-23-2017 | 08-10-2017 | PA0002046877 |
| 22 | Info Hash: 63DFE31973E8D9C33E4F6DC4A565B760E78B2463<br>File Hash: 5823B89B3CE90E5E33801FF1E9C4C87D98B236B0012E245C8248E40D0E7F79FB | 01-01-2021 09:15:26 | Vixen | 12-10-2017 | 01-04-2018 | PA0002097451 |
| 23 | Info Hash: F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2<br>File Hash: 9A63B663DD43205E88F862BBC956987D0E51AE9C368621C6C3BEC154DFE58488 | 12-27-2020 08:51:41 | Blacked | 10-17-2017 | 11-27-2017 | PA0002097981 |
| 24 | Info Hash: D789BCE0D78834D6638DD1902EE9F64A6F1378FA<br>File Hash: 34BEBBCA4375BC8E553175E7827F0441ADAE5B35673BB5C0A0BCA279324B7E0A | 10-31-2019 10:01:46 | Blacked | 05-10-2017 | 06-22-2017 | PA0002039285 |
| 25 | Info Hash: C4381A658498D0E2939898D7950FA6C6838883D8<br>File Hash: BFC27CF47510FFBA2200B8157BFA5C5D3AC71420A66E78FF44143BD01E673773 | 08-17-2019 00:54:14 | Blacked Raw | 08-15-2019 | 09-17-2019 | PA0002216211 |
| 26 | Info Hash: 3BDBA1FCA8DD25F4E9E5BEE72BCD096EE0BF2D70<br>File Hash: BFC06E4E85A8C084781AFFB24ADE16C25B60277CD1D55301751EE7F69F53245E | 05-28-2019 22:11:55 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 403C8C01BC2F40ED4F3C34B9040BAD024FEF26B1<br>File Hash: 9C82F2E5123E6E84FE9251F31DB6B3E396B0E17D64458481831EA7142BCE030A | 05-27-2019 13:39:45 | Blacked | 05-25-2019 | 06-13-2019 | PA0002180952 |
| 28 | Info Hash: ECB025D47E1AF8E2D9F9B72D51812EB497AEFECD<br>File Hash: FF111E44EB7F95B770FCFC7F80DD133AAB942BDC0506CF0E8F4F540E867CA0E8 | 05-25-2019 02:33:20 | Vixen | 01-29-2019 | 03-24-2019 | PA0002182715 |
| 29 | Info Hash: 14DC01450319FAF059885ADF0076EABB4BCDE90D<br>File Hash: 5A0897517A199D1F3669E0D12238BD6E70F5BC65B2B387F8E254CEE7ED214125 | 05-25-2019 02:29:12 | Vixen | 05-24-2019 | 07-17-2019 | PA0002188303 |
| 30 | Info Hash: C02D9FD5786E224FF0571A891492ED06D71A0B2C<br>File Hash: F00A423B8587C1482259955018EE37B363DB3A00BE88BD80BF44B86CBC569693 | 05-21-2019 06:22:00 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 31 | Info Hash: 9FE6E4F89F84C4AA95A983CE8C35A80E68D4E133<br>File Hash: B35A386D31D02B2B002FA0EA455EA8AE4C8C7A97E5C73042460E0D71ACB18CEF | 05-21-2019 06:20:45 | Vixen | 11-25-2018 | 01-22-2019 | PA0002149840 |
| 32 | Info Hash: 23525D043E22AA5AAE5DF21A41D12544E94929E6<br>File Hash: 40237A03D5DA76AD0B13590DB01306190A54AE9EFD8FF1F34E24F4C4F5DB97F7 | 05-19-2019 23:48:16 | Vixen | 05-19-2019 | 06-13-2019 | PA0002180953 |
| 33 | Info Hash: 05F7FA6E0BCB6C91F501CCCC3D6447D35AE8EC51<br>File Hash: C8BCC7AAB76C9D28FD09B301ABD01733F4A289BE8DDEF2B19EEA9BF14122FF97 | 05-16-2019 02:46:48 | Blacked | 05-15-2019 | 07-05-2019 | PA0002206387 |
| 34 | Info Hash: F97BD824E6BABC07A664157727B05FC427B4FDCA<br>File Hash: 5410BFBFF2BBF9D7A7527B02768F34FFF7AD7D98FC06D2124321E38322319CFA | 05-14-2019 21:32:55 | Vixen | 05-14-2019 | 07-05-2019 | PA0002206408 |
| 35 | Info Hash: 8F104C89FA74744BEB02B58214813B42F91E779A<br>File Hash: 3AC4C4ABEF58092E0A30B0621D5016FAB655BFD1954D745D95DF327D6A702E11 | 04-30-2019 19:24:24 | Vixen | 04-29-2019 | 06-03-2019 | PA0002178770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 9EAF69B3A5BA35D5D87FC8F641D8B1D440931A86<br>File Hash: 5B41B022AF6FA2E68B6F48A61E4E80F3E9EC7085E02B2DC59E002FB41C20BD08 | 04-28-2019 12:07:38 | Blacked Raw | 02-21-2019 | 04-29-2019 | PA0002170356 |
| 37 | Info Hash: D4130E59A4F7FAA536754AB19E46653D45AA46FF<br>File Hash: CBB560E940E2451C8A2A665F1ABFB9091234B6B474242BE14C8888C1CDE9F342 | 04-28-2019 11:23:00 | Blacked | 02-13-2019 | 03-11-2019 | PA0002158597 |
| 38 | Info Hash: 7F94C59C008CA99211BC357AA9829B7372D082F3<br>File Hash: 18F29D4BFDC7C28F9DDCE5E862D459D4F644732FF6A2BDDC2144DB599D4DD66C | 04-28-2019 11:16:02 | Blacked | 02-19-2019 | 03-24-2019 | PA0002184061 |
| 39 | Info Hash: 52326B4EA191B7D6830DF1F611939B9E64CC3722<br>File Hash: 2FD586D8D4834490E7A7E5E87786872FAB9995B981C78EB30DA5C3ACB75F4208 | 04-25-2019 12:27:32 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 40 | Info Hash: E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF<br>File Hash: C39179CF7BCDC0DE34348557BD438568B7595E3363A8200B4CA22D66151D7633 | 04-15-2019 23:07:48 | Blacked | 04-15-2019 | 05-11-2019 | PA0002173886 |
| 41 | Info Hash: 1B236768422E1E8A93ACA2BD85E58D8B510C98F6<br>File Hash: 7C4FB204DEF6BC09A3C835F3538DF4BA9334EE2D517A6318867DF42096BDC3A2 | 04-11-2019 06:26:57 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |
| 42 | Info Hash: C5467D80EAB20195A4D5C5C171EF1C0C02343317<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 04-09-2019 22:04:21 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 43 | Info Hash: 037CFE6EE5FD26826D71BC14B9C4C17F1D75B681<br>File Hash: 336C39AA81CECA1E786A6C6A838549526A34BF8FCC7AA0D634CEE7A718B6DA26 | 04-04-2019 21:20:08 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 44 | Info Hash: 60A3091D0C256FC35025232D5F8DCBFA7D1BE7C9<br>File Hash: DF2362D5ACF3E0E5C7910A44DEE2DD7B578CA09C85019E7CC8C185889814F5C1 | 04-03-2019 09:46:13 | Blacked Raw | 04-02-2019 | 05-28-2019 | PA0002200780 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E<br>File Hash: B8FF037D08567BCE9CDCD7F453A121721F9EAE87AD7B0DB0BABC133C84C2F3D7 | 04-02-2019 01:57:36 | Blacked Raw | 03-23-2019 | 04-08-2019 | PA0002164877 |
| 46 | Info Hash: F6D4E1BDAC22806E16F59B2FED59203CE8516285<br>File Hash: 648C749EA5701476CE9F061C586AD21F16FCD039C729BA4FC0A5C77FEF97E639 | 04-02-2019 01:55:55 | Blacked | 01-05-2019 | 01-22-2019 | PA0002147685 |
| 47 | Info Hash: AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash: 3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 04-02-2019 01:34:49 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |
| 48 | Info Hash: 3A044739A06E8810D463AF9E665A7EA450F0D8DC<br>File Hash: FCE98DA6B84054BD9E061465FAA08D7427511E44F411F6E5C127DAFC3B22644C | 04-01-2019 23:21:29 | Blacked Raw | 01-22-2019 | 03-24-2019 | PA0002183202 |
| 49 | Info Hash: 24AE3812ECC6B6C2A00EAFCCA42FCAFCE17F3EDC<br>File Hash: 9F6EFDCD4FBFD45C2542295349DCCEA4B058323C05F1D297B773654EC5A01CD1 | 03-31-2019 23:22:24 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |
| 50 | Info Hash: 5BEC96C01D33FA5802AAEA7E6E408FCA13CC84A4<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 03-26-2019 07:53:12 | Vixen | 03-25-2019 | 04-16-2019 | PA0002187577 |
| 51 | Info Hash: 75FBDB11DA1487257FA65F4579DA762BEACEEA69<br>File Hash: EE435DEFFCA3188DD206A87BAF24F39C911C1DFD26B496202DFDE27C5C6D26A8 | 03-23-2019 19:27:42 | Vixen | 03-15-2019 | 04-08-2019 | PA0002164872 |
| 52 | Info Hash: D2B4C2613F8E4D42CDA01E8D2703FBBDE0C97200<br>File Hash: E405FE35A132796271E2ADBEA8A8C4C82459515753C2BB36CE694B726C3CF3A3 | 03-22-2019 15:39:19 | Blacked | 03-21-2019 | 04-17-2019 | PA0002186999 |
| 53 | Info Hash: 73E574E4F56CCBD035DDBA1FCF86A994B22BDB6F<br>File Hash: 73D05FBDE255FC82E52AEAD342BFCEE21D15312C70D5BFAE282DE0E3B1309945 | 03-20-2019 05:16:28 | Tushy | 03-17-2019 | 04-08-2019 | PA0002164888 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: F5715B15F5F5F25A400E6297E376883557866B0A<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 03-14-2019 09:58:31 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 55 | Info Hash: 3F31920A34DA2F0CA746F80BF7B721D16EF85592<br>File Hash: 86BD5FCB6681EF451BFAF1B9D62C160AF11102A50E07367E5702D00426271542 | 03-12-2019 09:29:51 | Blacked | 03-11-2019 | 03-31-2019 | PA0002163979 |
| 56 | Info Hash: 72CFD4B4691B02EBB6C3CFF42484A166A3434A64<br>File Hash: D47D3F2C4A2C8761FBD9119C5BC275F0090F8E62A9CACBABE72F60CAA2FA3537 | 03-10-2019 15:29:10 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 57 | Info Hash: 9ADA8E7FF7310FD80C6DC5F9B23D3441603D226D<br>File Hash: 9F97826C17C37B8DF6818693ED4F140ED51A3D1099AFB95AAE54DEE169C34515 | 03-10-2019 15:27:40 | Vixen | 02-13-2019 | 03-11-2019 | PA0002158413 |